IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DAVID LEESON and LUCY LEESON,
individually and as Parents and Next-Friends
of NIAMH LEESON, a minor child and
RUBY LEESON, a minor child,

      Plaintiffs,

v.                                                                         CV 19-0086 WJ/JHR

THE WRIGHT TRUCKING COMPANY, INC.,
a foreign corporation, DW EXPEDITING, INC.,
a foreign corporation, and CHRISTOPHER PUERTO,

      Defendants.

## ORDER ADOPTING MAGISTRATE JUDGE'S
## PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

Magistrate Judge Jerry H. Ritter entered his Proposed Findings of Fact and Recommendation to Approve Minor Settlements in this case on June 12, 2020. *See Doc. 69.* The proposed findings notified the parties of their ability to file objections and stated that failure to do so waives appellate review. Rather than object, the parties filed a Notice of No Objection to the proposed findings on June 15, 2020, in which they ask the undersigned District Judge to enter a Final Order adopting the proposed findings and approve the minor settlements in this case. *Doc. 70*. Having reviewed the PFRD and proposed minor settlements, the Court agrees with the Magistrate Judge that they should be approved.

Wherefore,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1.      The Magistrate Judge's Proposed Findings of Fact and Recommendation to

1

Case 2:20-cv-00568-WJ-LF   Document 4   Filed 06/15/20   Page 2 of 2

2

Approve Minor Settlements (*Doc. 69*) is **ADOPTED**;

2. Defendants shall pay Guardia ad Litem Poindexter **$2,467.10** for services rendered in this case within 30 days of the entry of this Order; and

3. A Final Judgment will be entered concurrently herewith.

_____
CHIEF UNITED STATES DISTRICT JUDGE